UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| K.E.Y., | Civil No. 2:25-CV-01182-JLR |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion for Extension (Dkt. # 10), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED as follows:

- Defendant shall have up to and including November 21, 2025, to file a responsive brief.
- Plaintiff's reply brief shall be due on or before December 5, 2025.

DATED this 21st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

Page 1       ORDER - [2:25-CV-01182-JLR]

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov